# THE JEFF SCOTT OLSON LAW FIRM, S. C.

**Jeff Scott Olson**

**Andrea J. Farrell**

**Emma Ferguson**

131 West Wilson Street, Suite 1200
Madison, Wisconsin 53703

Phone:      608 283 6001
Fax:         608 283 0945

E-Mail:   jsolson@scofflaw.com
Website:    www.scofflaw.com

January 16, 2022

*via e-filing only*

Christopher G. Conway, Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      Re: Appeal No. 21-3332
        John Sabo, Plaintiff – Appellant, v.
        Sheri Hicks, Megan Erickson, Debra Haley,
        Barb Hanson, and Janelle Nehring,
        Defendants – Appellees.

Dear Mr. Conway:

  I am counsel of record for the Plaintiff-Appellant herein.

  I am writing to suggest that the Court amend the appellate caption to show the defendants-appellees specified above. The Notice of Appeal did not list all of the Defendants in the masthead, and the Court spelled the name Barb wrong in creating the caption.

        Sincerely yours,
        THE JEFF SCOTT OLSON LAW FIRM, S. C.

        /s/Jeff Scott Olson

        Jeff Scott Olson

cc:     Atty. Eliot M. Held
JSO:tim

# CERTIFICATE OF SERVICE

     I hereby certify that on Sunday, January 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                          /s/Jeff Scott Olson
                          _____

                          Jeff Scott Olson